NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JUANITO IZON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

_____

2014-3094

_____

Petition for review of the Merit Systems Protection Board in No. SF-0831-13-4901-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Juanito Izon moves for leave to file his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The brief is accepted for filing.

2                                                    IZON v. OPM

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26